# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BRANDI A. SOREM,

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

No. C17-947 RSM

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

## I. STIPULATION

COMES NOW the parties hereto, Plaintiff Brandi Sorem, by and through her attorney of record, Patrick H. LePley and Defendant State Farm Mutual Automobile Insurance Company, by and through their attorney of record, Gregory S. Worden, and hereby stipulate that all of Plaintiff's claims against Defendant in this action shall be dismissed with prejudice and without costs.

DATED this 12th day of September, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP     LEPLEY LAW FIRM

By: /s Gregory S. Worden                    By: /s Patrick H. LePley
    Gregory S. Worden, WSBA #24262           Patrick H. LePley, WSBA #7071
    Attorney for Defendant                             Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS- 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4849-4434-1094.1

## II. ORDER OF DISMISSAL

THIS MATTER having been brought duly and regularly before the undersigned Judge of the above-entitled Court, the Court being fully advised in all matters, does herewith, pursuant to the foregoing stipulation,

**ORDER, ADJUDGE, AND DECREE** that all claims asserted against Defendant in this action shall be, and the same hereby are, dismissed with prejudice and without costs to any party.

This 12th day of October 2018.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: s/Gregory S. Worden
    Gregory S. Worden, WSBA #24262
    Attorney for Defendant

Approved as to form, notice of presentation waived:

LEPLEY LAW FIRM

By: s/Patrick H. LePley
    Patrick H. LePley, WSBA #7071
    Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS- 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4849-4434-1094.1